IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

MARITZA GARCIA CRESPO

Debtor(s)

CASE NO. 22-01455/ESL

CHAPTER 13

**MOTION REQUESTING ORDER FOR AUTHORIZATION TO BEGIN EVALUATION WITH Puerto Rico Homeowner Assistance Program (PRHAP)**

**TO THE HONORABLE COURT:**

Comes now **MARITZA GARCIA CRESPO**, Debtor, represented by the undersigned attorney, and very respectfully avers and prays as follows:

1. The Debtor is the owner of a residential property encumbered by a mortgage in favor of secured creditor FirstBank, as Servicing Agent of AEELA, Claim No 1-1.

2. The Debtor applied for a recently created program of Puerto Rico Homeowner Assistance Program (PADHPR). The Puerto Rico Homeowner Assistance Program is a program of the Puerto Rico Housing Financing Authority. PRHAP provides assistance to homeowners to prevent and/or alleviate mortgage delinquencies, defaults, foreclosures, and displacement of homeowners experiencing financial hardship due to the COVID-19 pandemic. However, PADHPR requested an order from this Honorable Court to evaluate the Debtor's application for assistance.

3. Therefore, the Debtor respectfully requests an order from the Court authorizing the Debtor to begin the evaluation for The Puerto Rico Homeowner Assistance Program.

4. Furthermore, this transaction would not affect any right of creditors according to the plan and is for the benefit of all creditors.

**WHEREFORE,** the Debtor prays from this Honorable Court to take notice of the aforementioned and enter an Order approving authorization for the Debtor to apply for the Puerto Rico Homeowner Assistance Program.

**NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this June 14th, 2022.

*/s/ Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699/787-963-7699
Email: rfc@rfigueroalaw.com

```
Label Matrix for local noticing          FIRST BANK AS SERVICING AGENT OF AEELA      US TRUSTEE
0104-3                                   CARDONA JIMENEZ LAW OFFICE PSC              US TRUSTEE
Case 22-01455-ESL13                      PO BOX 9023593                              EDIFICIO OCHOA
District of Puerto Rico                  SAN JUAN, PR 00902-3593                     500 TANCA STREET SUITE 301
Old San Juan                                                                         SAN JUAN, PR 00901-1922
Tue Jun 14 11:10:15 AST 2022

US Bankruptcy Court District of P.R.     FIRSTBANK, AS SERVICING AGENT OF AEELA      First Bank Puerto Rico
Jose V Toledo Fed Bldg & US Courthouse   CARDONA JIMENEZ LAW OFFICE, PSC             PO Box 362589
300 Recinto Sur Street, Room 109         PO BOX 9023593                              San Juan, PR 00936-2589
San Juan, PR 00901-1964                  SAN JUAN, PR 00902-3593


Firstbank Puerto Rico                    Rivera Munich & Hernandez Law Offices PS    Synchrony Bank
PO Box 9146                              Lcda Lisa M. Aponte Valderas                c/o of PRA Receivables Management, LLC
San Juan, PR 00908-0146                  PO Box 364908                               PO Box 41021
                                         San Juan, PR 00936-4908                     Norfolk, VA 23541-1021


JOSE RAMON CARRION MORALES               MARITZA GARCIA CRESPO                       MONSITA LECAROZ ARRIBAS
PO BOX 9023884                           PO BOX 618                                  OFFICE OF THE US TRUSTEE (UST)
SAN JUAN, PR 00902-3884                  SAN LORENZO, PR 00754-0618                  OCHOA BUILDING
                                                                                     500 TANCA STREET SUITE 301
                                                                                     SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO            End of Label Matrix
PO BOX 186                               Mailable recipients    12
CAGUAS, PR 00726-0186                    Bypassed recipients     0
                                         Total                  12
```