**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**MARITZA GARCIA CRESPO**<br>**aka MARITZA GARCIA**<br><br>**xxx–xx–4942**<br><br>Debtor(s) | Case No. **22–01455 ESL**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 6/15/22 |

*ORDER*

The motion filed by Debtor requesting entry of order for authorization to begin evaluation with Puerto Rico Homeowner Assistance Program (PRHAP) (docket #14) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, June 15, 2022.

*Enrique S. Lamoutte*
United States Bankruptcy Judge