# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

IN RE: **MARITZA GARCIA CRESPO**
SSN xxx-xx-4942

CASE NO: **22-01455-ESL**

Debtor(s)

**Chapter 13**

## TRUSTEE'S NO OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$4,000.00**      Paid Pre-Petition: **$225.00**    Outstanding (Through the Plan): **$3,775.00**

*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

**Debtor's/s' Commitment Period:** ☐ Under Median Income 36 months   ☑ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.    Projected Disposable Income: **$27,284.40**

**Liquidation Value: $1,983.00   Estimated Priority Debt: $0.00**

**If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $1,983.00**

With respect to the (amended) Plan date: **Jun 30, 2022  (Dkt  29)**      **Plan Base: $47,652.00**

**The Trustee:**   ☑ **DOES NOT OBJECT**   ☐ **OBJECTS**   **Plan Confirmation**   Gen. Uns. Approx. Dist.: **100+4 %**

## *OTHER COMMENTS / OBJECTIONS

NONE.

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: July 06, 2022

/s/ Nannette Godreau, Esq.

Last Docket Verified: 29   Last Claim Verified: 1   CMC: