IN RE:

MARITZA GARCIA CRESPO

CASE NO. 22-01455-ESL

XXX-XX-4942

CHAPTER 13

DEBTOR (S)

## TRUSTEE'S REQUEST ENTRY OF ORDER

**TO THE HONORABLE COURT:**

Comes now Jose R. Carrion, Chapter 13 Trustee and respectfully states and prays:

1. The Trustee hereby informs the Court that Debtor(s) has(have) submitted the tax return(s) for years 2022. Such document(s) reveal that Debtor(s) was(were) entitled to receive tax refunds. For year 2022, Debtor(s) was(were) entitled to receive a tax refund in the amount of $1,360.00.

In total, Debtor(s) has(have) failed to submit to the Trustee, in compliance with the terms of the confirmed plan, $1,360.00, which are property of the estate under Section 1306 (a)(1) of the Bankruptcy Code.

3. In the light of the above, the Trustee respectfully requests that Debtor(s) be ordered to submit the above-mentioned refund(s) in compliance with the terms of the confirmed plan.

Wherefore, the Trustee respectfully requests that Debtor(s) be ordered to turn over in 14 days tax refund(s) related to year(s) 2022, the above-mentioned refund(s) in compliance with the terms of the confirmed plan.

NOTICE IN COMPLIANCE WITH LBR 9013-1 (h)

Claimants and Parties in Interest please be advised that: within 14 days after service as evidenced by the certification, and an additional 3 days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this motion has been served, or any other party to the action who objects to the relief sought herein, shall file and serve an objection or other appropriate response to this paper with the Clerk's Office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the motion will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, in interest of justice requires otherwise. If you file a timely response, the Court may - in its discretion- schedule a hearing.

CERTIFICATE OF SERVICE: I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification TO all CM/ECF participants, including Debtor's attorney and I further certify that I have mailed this document by First Class Mail postage prepaid to debtor, at his mailing address of record.

In San Juan, Puerto Rico on August 07, 2026.

/s/ Jose R. Carrion

JOSE R. CARRION
CHAPTER 13 TRUSTEE
PO Box 9023884
San Juan, PR 00902-3884
Tel (787)977-3535

RRR